# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: knitzel | | Date Created: 8/9/2011 |
| Case: 11–56939 | Form ID: B9I | | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Majid Marhamat | 18394 Montpere Way  Saratoga, CA 95070–4746 |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg.  280 S 1st St. #268  San Jose, CA 95113–3004 |
| tr | Devin Derham–Burk | P.O. Box 50013  San Jose, CA 95150–0013 |
| reqntc | Capital Recovery IV LLC | c/o Recovery Management Systems Corporat  25 SE 2nd Avenue, Suite 1120  Miami, FL 33131–1605 |
| reqntc | Wells Fargo Bank, N.A., as Successor to Wells Fargo Bank Minnesota, N.A., as Trustee for the Holders of Bank of America Mortgage Securities, Inc., Mortgage Pass–Through Certificates, Series 2003–E  Routh Crabtree Olsen, PS  1241 E Dyer Road  Suite 250  Santa Ana, CA 92705 | |
| aty | Jonathan J. Damen | Routh, Crabtree and Olsen PS  1241 E Dyer Rd. #250  Santa Ana, CA 92705 |
| aty | Vi Katerina Tran | The Law Offices of Vi K. Tran  1625 The Alameda #800  San Jose, CA 95126 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55  P.O. Box 942879  Sacramento, CA 94279 |
| smg | Secretary of The Treasury | 15th and Pennsylvania Ave. NW  Washington, DC 20220–0001 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures  P.O. Box 2952  Sacramento, CA 95812–2952 |
| 12030413 | Bac Home Loans Services | 450 American st  Simi Valley, CA 93065 |
| 12067671 | Capital Recovery IV LLC | c/o Recovery Management Systems Corp.  25 SE 2nd Avenue, Suite 1120  Miami, FL 33131–1605  Attn: Ramesh Singh |
| 12030414 | Franchise Tax Board | Bankruptcy Unit  PO Box 2952  Sacramento, CA 95812–2952 |
| 12030416 | Internal Revenue Service | Centralized Insolvency  PO Box 21226  Philadelphia, PA 19114 |
| 12030415 | Internal Revenue Service | Fresno, CA 93888 |
| 12054643 | Midland Credit Management, Inc. | 8875 Aero Drive, Suite 200  San Diego, CA 92123 |
| 12030417 | Santa Clara County Tax Collector | 70 West Hedding Street  East Wing, 6th Flor  San Jose, CA 95110 |
| 12030418 | Wells Fargo Mortgage | PO Box 4233  Portland, OR 97208–4233 |

TOTAL: 19